'20 - CV - 00006

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2020 JAN -2 PM 2: 30

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

### A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Kristina Klindt (for Omar Reyes) & Dennis Fuller) 3401 W Virginia Ave. Denver, CO 80219

_____
(Name and complete mailing address)

_____
(Telephone number and e-mail address)

### B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1: 5th Floor, 11th + 12th Floors of All Staff, Officers
_____
(Name and complete mailing address)
Administration, D.A.'s, Probation Officers,
_____
(Telephone number and e-mail address if known)
Juvinile Probation Officers, Judicial Officers

Defendant 2: _____
(Name and complete mailing address)
at 301 W. Colfax Avenue, Denver, CO 80204
_____
(Telephone number and e-mail address if known)

### C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

Abuse of: "Universal Declaration of Human Rights" Calling upon United Nations for Immediate oversight & Audits

_____ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin) & Audits

_____ Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

_____ Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

& PROTECTION w/ Investigation

_____ Other: *(please specify)* _____

2

*Universal Declaration of Human Rights " All Thirty Articles – For United Nations to Stop the Cult Business) of Crimes) – Theft of Property & displayed to Torture. (Dennis Foller)*

Please check the type of claim you are filing:

~~_____ Disability Insurance Benefits Claim (Title II)~~ Slavery, & Human Trafficing

~~_____ Supplemental Security Income Claim (Title XVI)~~ (Tampering of evidence) (Omar Reyes)

~~_____ Child Disability Claim~~

~~_____ Widow or Widower Claim~~ – Extreme MisConduct, Money laundering, Embezzlement – Slave TRADE

## C. JURISDICTION AND EXHAUSTION OF ADMINISTRATIVE REMEDIES

Plaintiff has exhausted administrative remedies in this matter and the court has jurisdiction for judicial review pursuant to 42 U.S.C. § 405(g) and/or 1383(c)(3).

## D. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.*

– Protection by U.N.  – Privacey  – Freedom – Shut Down Entire Illegal Business of The Cult
– New Identities  – ALL "Lobby Display" of Fuller's property Returned w/out vandilizm
No MOR Abuse & Torture

⊛ Each have Entire Records Wiped & Sealed

## E. PLAINTIFF'S SIGNATURE   $75,000. (each) compensation

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

With out prejudice USC 1-308; USC 1-207 B.S.BAC

_____
(Plaintiff's signature)

01 / 02 / 2020
_____
(Date)

PLEASE U.N. (urgent)

(Form Revised December 2017)

2